# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR SHOKOUAGHAEI, an Individual;<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>ALLY FINANCIAL INC. a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; TRANSUNION, LLC, a business entity, form unknown and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.:  2:21-cv-08348-DSF-KS<br><br>Hon. Dale S. Fischer<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., *ONLY* |

　　　Plaintiff Shahriar Shokouaghaei and Defendant Experian Information Solutions Inc. have announced to the Court that all matters in controversy between them in this action have been resolved.

///

///

---

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Shahriar Shokouaghaei against Defendant Experian Information Solutions Inc., *Only*, are in all respects dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 24, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE